UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLERY TEMPLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC., and DOES 1-10,<br><br>　　　　Defendant. | Case No. 2:17-cv-00438-MCE-KJN<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

In accordance with the parties' stipulation, and good cause appearing, this case is hereby dismissed in its entirety, with prejudice, each side to bear their own costs and attorneys' fee. The matter having now been concluded, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: April 23, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Case No. 2:17-CV-00438-MCE-KJN

ORDER FOR DISMISSAL

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

DOCUMENT PRINTED ON RECYCLED PAPER